UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 17 1996

MICHAEL N. MILBY, Clerk

odefst.        IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL C. WHITING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-96-3419 |
| | § | |
| WAYNE SCOTT, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff, filing pro se, brings this action for violation of civil rights. So that the court can properly evaluate the merits of this case, plaintiff is hereby ORDERED to submit a more definite statement of the facts involved in this action. Label your response "Plaintiff's More Definite Statement."

Specifically, plaintiff shall state:

(1) The alleged personal involvement of each defendant in any incident that resulted in a violation of your rights. Be specific as to personal involvement.

(2) Specific facts, including approximate dates, regarding incidents in which your civil rights were violated by the (each) defendant.

(3) The alleged harm caused to you by the events made the basis of this suit.

(3) If any of the conditions or events alleged in this lawsuit occurred at a jail or facility other than a state prison (for example, TDCJ-ID), answer these questions:

(a) Why were you being held in the jail or facility when

1

the conditions or events alleged in this lawsuit occurred? Explain fully.

(b) Were you a pretrial detainee awaiting trial on pending charges? If so, what charges?

(c) Were you serving time on charges for which you had been tried and convicted?

(d) If so, for what offense and what was the sentence?

(e) Were you being held on a parole or probation violation? If so, explain.

(f) Did you have a parole or probation revocation hearing? When?

(g) For which offense and sentence were you on parole or on probation?

(h) Do you have a trial date set, or a parole or probation revocation hearing date set? What is the date?

(i) Were you in jail on a bench warrant from prison? If so, explain.

(j) Had you been convicted of any felonies (including any for which you received probation) when you were in the jail or facility? If so state details, including when convicted, where, sentence received, current status of conviction and sentence, etc.

(4) Has a state or federal court ever ordered you to pay a fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what fine or sanction was imposed. Also, for each such order state whether you have paid the fine or complied with the other sanction imposed and explain when

2

ClibPDF - www.fastio.com

and how you paid the fine or otherwise complied.

(5) Has any state or federal court ever issued an order barring you from filing any other lawsuits until certain conditions were met, such as judicial approval or payment of fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what condition was imposed. Also, for each such order state whether the condition was met and explain when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving of the filing of this lawsuit.

(6) Have any of your lawsuits been dismissed as frivolous, malicious, duplicative, successive or repetitive, including but not limited to, cases dismissed under 28 U.S.C. § 1915? If so, attach copies of all such orders of dismissal or, for each such lawsuit, explain which lawsuit(s), which court, and what kind of dismissal.

(7) List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

(8) What is your social security number (if you have had or used more than one, list all of them) and your date of birth?

(9) State, in complete form, all names you have ever used or been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

(10) List all TDCJ-ID identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.) For all numbers listed,

3

identify the particular institution that assigned the number.

(11) Have you personally been affected by the acts alleged in your complaint?

(12) If so, explain exactly and fully how.

Plaintiff is ORDERED to submit the responses by copying each question as posed by the court and writing the answer under each question, in numbered paragraphs corresponding to each question. Plaintiff must also include in his answer the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Plaintiff is further ORDERED to respond within thirty (30) days of entry of this order by submitting to the Clerk an original and one copy for each named defendant so that each defendant may be served. The Clerk will not issue summons until plaintiff's supplemental statement is evaluated by the Court. <u>Failure to comply as directed may result in the dismissal of this action</u>.

The Clerk will provide copies to the parties.

SIGNED at Houston, Texas on this ____13th____ day of ____December____, 19_96_.

_____
UNITED STATES MAGISTRATE JUDGE

4