# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 29 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| *MICHAEL C. WHITING,* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. H-96-3419 |
| | § | |
| *GARY JOHNSON, ET AL.,* | § | |
| **Defendants.** | § | |

## ORDER

Be it remembered that on this day came on to be heard **Defendant Johnson's Motion For Extension of Time to File a Motion For Summary Judgment** and the court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that said motion be GRANTED and that Defendant is granted a thirty (30) day extension of time, up to and including **May 20, 1998**, to file his motion for summary judgment.

SIGNED and ENTERED on this the 27th day of April, 1998.

_____
**JUDGE PRESIDING**